No. A–656. PLANNED PARENTHOOD OF CENTRAL MISSOURI ET AL. v. DANFORTH, ATTORNEY GENERAL OF MISSOURI, ET AL. D. C. E. D. Mo. Application for stay of enforcement of "Missouri House Bill No. 1211" pending appeal, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.*

No. 35, Orig. UNITED STATES v. MAINE ET AL.; and
No. 52, Orig. UNITED STATES v. FLORIDA. Motion of the Solicitor General for reallocation and reduction of time for oral argument granted. It is ordered that a total of three hours be allotted for oral argument in No. 35, Orig., and that a total of one and one-half hours be allotted for oral argument in No. 52, Orig. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.* [For earlier orders herein, see, e. g., ante, p. 904 and 419 U. S. 814.]

No. D–26. IN RE DISBARMENT OF KETCHAM. Frank S. Ketcham, of Potomac, Md., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on January 13, 1975 [419 U. S. 1101], is hereby discharged.